UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BISMARCK LOPEZ MARTINEZ,** ) | NO. CV 06-3891-CJC (MAN) |
| ) | |
| Plaintiff, ) | ORDER ACCEPTING AND ADOPTING |
| ) | |
| v. ) | FINDINGS, CONCLUSIONS, AND |
| ) | |
| **LIEUT. P.J. COVELLO, et al.,** ) | RECOMMENDATIONS OF UNITED STATES |
| ) | MAGISTRATE JUDGE |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, plaintiff's motion for summary judgment, defendants' motion for summary judgment, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that:

(1) Plaintiff's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure is denied;

1   (2)  Defendants' motion for summary judgment pursuant to Rule 56
2 of the Federal Rules of Civil Procedure is granted; and
3
4   (3)  Judgment shall be entered dismissing this action with
5 prejudice.
6
7   **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on
8 plaintiff and on counsel for defendants.
9
10 DATED: <u>October 7, 2008</u>.

　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　      CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE

2