UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BISMARCK LOPEZ MARTINEZ,** | ) | NO. CV 06-3891-CJC (MAN) |
| **Plaintiff,** | ) | |
| v. | ) | JUDGMENT |
| **LIEUT. P.J. COVELLO, et al.,** | ) | |
| **Defendants.** | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: October 7, 2008.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE